EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Nilda Carrero Nieves | 2021 TSPR 158<br><br>208 DPR _____ |

Número del Caso:  TS-9,943


Fecha:  23 de diciembre de 2021


Abogada de la peticionaria:

    Por derecho propio



Materia:  Reactivación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Nilda Carrero Nieves

TS-9943

RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de diciembre de 2021.

Examinada la *Solicitud de cambio a estatus de abogada inactiva en el Registro Único de Abogados y Abogadas a abogada activa* presentada por la peticionaria Nilda Carrero Nieves, se provee ha lugar. Se ordena a la Secretaría registrar el cambio en el Registro Único de Abogados y Abogadas.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo